FROM US ATTORNEY DELAWARE (TUE) 3. 21' 06 10:57/ST. 10:56/No. 4861730406 P 4
Case 1:06-mj-00035-MPT   Document 1   Filed 03/21/2006   Page 1 of 14
Case 4:06-cr-00053-MM *SEALED*   Document 1   Filed 02/09/2006   Page 1 of 14

① 

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Crim. No. 4:CR-06-00053 |
| Plaintiff, | : | |
| v. | : | (Judge         )  06-35M-MPT |
| PRICE, FOSTER J. JR., | : | |
| a/k/a, "BROWN," | : | |
| PATERSON, ALI, a/k/a, "VEGAS," | : | |
| BOYD, LEONARD T., | : | 21 U.S.C. § 846 |
| GIARDINA, JAMES A., | : | 21 U.S.C. § 841 |
| a/k/a, "SPIDER," | : | 21 U.S.C. § 860 |
| ASHTON, GLEN, | : | 18 U.S.C. § 2 |
| BOYD, TRAVIS L., | : | |
| LEWIS, TYLER, | : | |
| MOWRER, SHANE E., | : | UNDER SEAL |
| RONEY, DANIEL L., | : | |
| RONEY, THOMAS S.,   and | : | FILED |
| ZIMMERMAN, CODY J. | : | WILLIAMSPORT, PA |
| Defendants. | : | |

FILED
WILLIAMSPORT, PA

FEB - 9 2006

MARY E. D'ANDREA, CLERK
Per _____

INDICTMENT

COUNT ONE

THE GRAND JURY CHARGES:

From on or about the 1st day of January, 2001, up to and including the date of this indictment, in Montour, Northumberland, Snyder and Columbia Counties, in the Middle District of Pennsylvania and within the jurisdiction of this Court and elsewhere, the defendants,

FOSTER J. PRICE, JR., a/k/a, "BROWN,"
ALI PATERSON, a/k/a, "VEGAS,"
LEONARD T. BOYD,
JAMES A. GIARDINA, a/k/a, "SPIDER,"
GLEN ASHTON,
TRAVIS L. BOYD,
TYLER LEWIS,
SHANE E. MOWRER,
DANIEL L. RONEY,
THOMAS S. RONEY and
CODY J. ZIMMERMAN,

FROM US ATTORNEY DELAWARE    (TUE) 3. 21' 06 10:57/ST. 10:56/NO. 4861730406 P 5
Case 1:06-mj-00035-MPT   Document 1   Filed 03/21/2006   Page 2 of 14
Case 4:06-cr-00053-MM *SEALED*   Document 1   Filed 02/09/2006   Page 2 of 14

did intentionally, knowingly and unlawfully combine, conspire, confederate and agree together, with each other, and with persons known and unknown to the grand jury:

A. To possess with intent to distribute and to distribute more than one kilogram of HEROIN, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1);

B. To unlawfully, knowingly and intentionally possess with intent to distribute and to distribute HEROIN as described in paragraph A. above, within protected zones: to wit: within 1000 feet of public and private elementary and secondary schools and within housing owned by the public housing authority, in violation of 21 U.S.C. § 860.

C. To unlawfully, knowingly and intentionally possess with intent to distribute and to distribute illegal HEROIN to individuals under the age of 21 years while being over the age of 18 years, in violation of 21 U.S.C. § 859.

D. To unlawfully, knowingly and intentionally employ, hire, use, persuade induce, entice, or coerce individuals under the age of 18 years to use, possess with the intent to distribute and distribute HEROIN, in violation of 21 U.S.C. § 861(a).

E. To unlawfully, knowingly and intentionally provide and/or distribute HEROIN to a pregnant individual, in violation of 21 U.S.C. § 861(f).

2

FROM US ATTORNEY DELAWARE (TUE) 3.21'06 10:57/ST.10:56/NO.4861730406 P.6
Case 1:06-mj-00035-MPT   Document 1   Filed 03/21/2006   Page 3 of 14
Case 4:06-cr-00053-MM *SEALED*   Document 1   Filed 02/09/2006   Page 3 of 14

### MANNER AND MEANS

During the course of the conspiracy and in furtherance thereof,

FOSTER J. PRICE, JR., a/k/a, "BROWN,"
ALI PATERSON, a/k/a, "VEGAS,"
LEONARD T. BOYD,
JAMES A. GIARDINA, a/k/a, "SPIDER,"
GLEN ASHTON,
TRAVIS L. BOYD,
TYLER LEWIS,
SHANE E. MOWRER,
DANIEL L. RONEY,
THOMAS S. RONEY and
CODY J. ZIMMERMAN,

the defendants herein, and co-conspirators both known and unknown to the grand jury, did the following:

1. Made trips from Montour, Northumberland, Snyder and Columbia Counties to Newark, New Jersey to obtain HEROIN for distribution in Montour, Northumberland and Columbia Counties in Pennsylvania.

2. Co-defendants and unindicted co-conspirators, both known and unknown to the grand jury, drove to Newark, New Jersey where they met the co-defendant, ALI PATERSON, a/k/a, "VEGAS," and obtained multiple bricks of HEROIN from him for distribution in the Middle District of Pennsylvania.

3. Possessed and carried firearms during and in relation to the possession with intent to distribute and distribution of HEROIN and the conspiracy to possess with intent to distribute and distribution of HEROIN.

3

FROM US ATTORNEY DELAWARE (TUE) 3. 21 '06 10:56/ST. 10:56/NO. 4861730406 P 7
Case 1:06-mj-00035-MPT    Document 1    Filed 03/21/2006    Page 4 of 14
Case 4:06-cr-00053-MM *SEALED*    Document 1    Filed 02/09/2006    Page 4 of 14

4. Traded firearms for HEROIN during and in relation to the possession with intent to distribute and distribution of HEROIN and the conspiracy to possess with intent to distribute and distribution of HEROIN.

5. Possessed with intent to distribute and distributed HEROIN as alleged in Counts Two through Fourteen, infra and incorporated herein by reference.

All in violation of Title 21 United States Code, Sections 846 and 841(b)(1)(A)(i).

### COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about the 22nd day of January, 2004, in Northumberland and Snyder Counties in the Middle District of Pennsylvania and within the jurisdiction of this Court the defendant,

FOSTER PRICE, a/k/a, "BROWN,"

did knowingly, intentionally and unlawfully possess with the intent to distribute HEROIN, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

4

FROM US ATTORNEY DELAWARE		(TUE) 3. 21' 06 10:58/ST. 10:56/No. 4861730406 P 8
Case 1:06-mj-00035-MPT    Document 1    Filed 03/21/2006    Page 5 of 14
Case 4:06-cr-00053-MM *SEALED*    Document 1    Filed 02/09/2006    Page 5 of 14

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about the 10th day of February, 2004, in Northumberland and Snyder Counties in the Middle District of Pennsylvania and within the jurisdiction of this Court the defendant,

**FOSTER PRICE, a/k/a, "BROWN,"**

did knowingly, intentionally and unlawfully possess with the intent to distribute and distribute HEROIN, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).


## COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

On or about the 27th day of February, 2004, in Northumberland and Snyder Counties in the Middle District of Pennsylvania and within the jurisdiction of this Court the defendant,

**FOSTER PRICE, a/k/a, "BROWN,"**

did knowingly, intentionally and unlawfully possess with the intent to distribute and distribute HEROIN, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

Case 1:06-mj-00035-MPT   Document 1   Filed 03/21/2006   Page 6 of 14
FROM US ATTORNEY DELAWARE       (TUE) 3. 21' 06 10:58/ST. 10:56/No. 4861730406 P 9
Case 4:06-cr-00053-MM "SEALED"   Document 1   Filed 02/09/2006   Page 6 of 14

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES:

On or about the 7TH day of April, 2005, in Montour County in the Middle District of Pennsylvania and within the jurisdiction of this Court the defendant,

**JAMES A. GIARDINA, a/k/a, "SPIDER,"**

did knowingly, intentionally and unlawfully possess with the intent to distribute and distribute HEROIN, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX

THE GRAND JURY FURTHER CHARGES:

On or about the 7TH day of April, 2005, in Montour County in the Middle District of Pennsylvania and within the jurisdiction of this Court the defendant,

**JAMES A. GIARDINA, a/k/a, "SPIDER,"**

did knowingly, intentionally and unlawfully possess with the intent to distribute and distribute HEROIN, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

Case 1:06-mj-00035-MPT    Document 1    Filed 03/21/2006    Page 7 of 14
FROM US ATTORNEY DELAWARE           (TUE) 3. 21 06 10:58/ST. 10:56/NO. 4861730406 P 10
Case 4:06-cr-00053-MM *SEALED*    Document 1    Filed 02/09/2006    Page 7 of 14

## COUNT SEVEN

THE GRAND JURY FURTHER CHARGES:

From on or about the 1st day of May, 2005, through the 30th of June, 2005, in Montour County in the Middle District of Pennsylvania and within the jurisdiction of this Court the defendant,

**DANIEL L. RONEY,**

did knowingly, intentionally and unlawfully possess with the intent to distribute and distribute HEROIN, a Schedule I controlled substance and did aid and abet, counsel, command, induce or procure same.

**In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.**

Case 1:06-mj-00035-MPT    Document 1    Filed 03/21/2006    Page 8 of 14

FROM US ATTORNEY DELAWARE                    (TUE) 3.21'06 10:58/ST. 10:56/NO. 4861730406 P 11
Case 4:06-cr-00053-MM *SEALED*    Document 1    Filed 02/09/2006    Page 8 of 14

## COUNT EIGHT

THE GRAND JURY FURTHER CHARGES:

On or about the 19th day of July, 2005, in Montour County in the Middle District of Pennsylvania and within the jurisdiction of this Court the defendants,

**TRAVIS L. BOYD
and
TYLER LEWIS,**

did knowingly, intentionally and unlawfully possess with the intent to distribute and distribute HEROIN, a Schedule I controlled substance and did aid and abet, counsel, command, induce or procure same.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

FROM US ATTORNEY DELAWARE (TUE) 3.21'06 10:58/ST.10:56/NO.4861730406 P 12
Case 1:06-mj-00035-MPT   Document 1   Filed 03/21/2006   Page 9 of 14
Case 4:06-cr-00053-MM "SEALED"   Document 1   Filed 02/09/2006   Page 9 of 14

## COUNT NINE

THE GRAND JURY FURTHER CHARGES:

On or about the 22ND day of July, 2005, in Montour County in the Middle District of Pennsylvania and within the jurisdiction of this Court the defendant,

**SHANE R. MOWRER,**

did knowingly, intentionally and unlawfully possess with the intent to distribute and distribute HEROIN, a Schedule I controlled substance and did aid and abet, counsel, command, induce or procure same, said distribution occurring within one thousand feet of a housing facility owned by a public housing authority.

In violation of Title 21, United States Code, Sections 841(a)(1) and 860 and Title 18, United States Code, Section 2.

FROM US ATTORNEY DELAWARE       (TUE) 3. 21 06 10:59/ST. 10:56/NO. 4861730406 P 13
Case 1:06-mj-00035-MPT    Document 1    Filed 03/21/2006    Page 10 of 14
Case 4:06-cr-00053-MM *SEALED*    Document 1    Filed 02/09/2006    Page 10 of 14

## COUNT TEN

THE GRAND JURY FURTHER CHARGES:

On or about the 3RD day of August, 2005, in Montour and Northumberland Counties in the Middle District of Pennsylvania and within the jurisdiction of this Court the defendant,

**LEONARD T. BOYD,**

did knowingly, intentionally and unlawfully possess with the intent to distribute and distribute HEROIN, a Schedule I controlled substance and did aid and abet, counsel, command, induce or procure same.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Case 1:06-mj-00035-MPT   Document 1   Filed 03/21/2006   Page 11 of 14

FROM US ATTORNEY DELAWARE                         (TUE) 3.21'06 10:59/ST. 10:56/NO. 4861730406 P 14
Case 4:06-cr-00053-MM *SEALED*   Document 1   Filed 02/09/2006   Page 11 of 14

## COUNT ELEVEN

THE GRAND JURY FURTHER CHARGES:

During May through August, 2005, in Montour County in the Middle District of Pennsylvania and within the jurisdiction of this Court the defendant,

**CODY J. ZIMMERMAN,**

did knowingly, intentionally and unlawfully possess with the intent to distribute and distribute HEROIN, a Schedule I controlled substance and did aid and abet, counsel, command, induce or procure same.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Case 1:06-mj-00035-MPT   Document 1   Filed 03/21/2006   Page 12 of 14
FROM US ATTORNEY DELAWARE          (TUE) 3.21'06 10:59/ST.10:56/NO.4861730406 P 15
Case 4:06-cr-00053-MM *SEALED*   Document 1   Filed 02/09/2006   Page 12 of 14

## COUNT TWELVE

THE GRAND JURY FURTHER CHARGES:

On or about the 10th day of August, 2003, in Montour and Northumberland Counties in the Middle District of Pennsylvania and within the jurisdiction of this Court the defendants,

**LEONARD T. BOYD
and
TRAVIS L. BOYD,**

did knowingly, intentionally and unlawfully possess with the intent to distribute and distribute HEROIN, a Schedule I controlled substance and did aid and abet, counsel, command, induce or procure same and did attempt to possess with the intent to distribute and distribute Heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 846 and Title 18, United States Code, Section 2.

FROM US ATTORNEY DELAWARE (TUE) 3. 21' 06 10:59/ST. 10:56/NO. 4861730406 P 16
Case 1:06-mj-00035-MPT    Document 1    Filed 03/21/2006    Page 13 of 14
Case 4:06-cr-00053-MM "SEALED"   Document 1   Filed 02/03/2006   Page 13 of 14

## COUNT THIRTEEN

THE GRAND JURY FURTHER CHARGES:

On or about the 12TH day of August, 2005, in Columbia County in the Middle District of Pennsylvania and within the jurisdiction of this Court the defendant,

**THOMAS S. RONEY,**

did knowingly, intentionally and unlawfully possess with the intent to distribute and distribute HEROIN, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

FROM US ATTORNEY DELAWARE (TUE) 3. 21 06 10:59/ST. 10:56/NO. 4861730406 P 17

Case 1:06-mj-00035-MPT   Document 1   Filed 03/21/2006   Page 14 of 14
Case 4:06-cr-00053-MM *SEALED*   Document 1   Filed 02/03/2006   Page 14 of 14

## COUNT FOURTEEN

THE GRAND JURY FURTHER CHARGES:

On or about the 7TH day of January, 2006, in Northumberland County in the Middle District of Pennsylvania and within the jurisdiction of this Court the defendant,

**JAMES A. GIARDINA, a/k/a, "SPIDER,"**

did knowingly, intentionally and unlawfully possess with the intent to distribute and distribute HEROIN, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL