UNITED STATES DISTRICT COURT
DISTRICT OF _DELAWARE_

UNITED STATES OF AMERICA

v.

_Foster Price_
Defendant

ORDER OF TEMPORARY DETENTION
PENDING IDENTITY HEARING PURSUANT
TO FED.R. CRIM.P. 40(e)

Case Number: _06-35M-MPT_

Pursuant to Fed. R. Crim. P. 40(e), it is ORDERED that an identity hearing is set for _3/24/06_ at _8:30 AM_.

before _Hon. Mary Pat Thynge, United States Magistrate Judge_
Name of Judicial Officer

_Courtroom #6C, 6th Floor Boggs Fed. Bldg. 844 King St., Wilm, DE_
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) (_____) and produced for the hearing.
Other Custodial Official

Date: _March 21, 2006_

_Mary Pat Thynge_
Judicial Officer