AO 94 (Rev. 8/85) Commitment to Another District

# United States District Court

DISTRICT OF __DELAWARE__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>FOSTER PRICE, Jr.<br>A/K/A "Brown" | COMMITMENT TO ANOTHER DISTRICT<br><br>CASE NUMBER: 06-35M-MPT |

The defendant is charged with a violation of __21__ U.S.C. __841(a)(1)__ alleged to have been committed in the __MIDDLE__ District of __PENNSYLVANIA__

Brief Description of Charge(s):

POSSESSION WITH THE INTENT TO HEROIN

_Defendant received the right to have a detention hearing in the charging district. Identity was shown in Court._

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

_March 27, 2006_
Date

_[signature]_
Judicial Officer

| RETURN | | | |
|---|---|---|---|
| This commitment was received and executed as follows: | | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | | (BY) DEPUTY MARSHAL |