OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

April 5, 2006

Clerk of Court
U.S. Courthouse
& Federal Office Building
240 West Third Street, Suite 218
Williamsport, PA 17701

Re: USA v. Price, et al
Case Number: 06-35M (MPT)
Charging District Case Number: 06cr53

Dear Clerk:

Enclosed please find the original record together with a certified copy of the docket entries in the above referenced case.

Please acknowledge receipt of the documents on the enclosed duplicate of this letter.

Sincerely,

E. Evette Watson
Deputy Clerk

eew
enclosure

I hereby acknowledge receipt of the record in the above referenced case on __4/10/06__ .
                                                  (date)

_____
Signature

_____
Title: Deputy Clerk

FILED
MAY 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE